Date: **3-20-15**

Abel Acosta, Clerk

MAR 25 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

Mr. Charles Martin #1101119
McConnell Unit
3001 S. Emily Dr.
Beeville, Tx. 78102

Clerk, Mr. Abel Acosta
Texas Court of Criminal Appeals
P.O. Box. 12308, Capitol Station
Austin, Tx. 78711

RE: Charles Martin #1101119, CAUSE #38715-C, COA NO. 02-14-00003-CR, PD-1577-14

Dear Clerk:

I respectfully, and out of due diligence request the disposition of the above mentioned Petition for Discretionary Review, CCA. No. PD-1577-14. Am I at this time entitled to counsel, and should I request an attorney at this time from the Court of Conviction?

Respectfully submitted,
Mr. Charles L. Martin #1101119